**DISMISS; and Opinion Filed October 16, 2013.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01270-CR
No. 05-13-01271-CR
No. 05-13-01272-CR
No. 05-13-01273-CR
No. 05-13-01274-CR
No. 05-13-01275-CR
No. 05-13-01276-CR
No. 05-13-01277-CR
No. 05-13-01278-CR
No. 05-13-01279-CR
No. 05-13-01280-CR

**RAECHELLE BRATTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-72164-P, F11-00346-P, F12-00090-P,**
**F13-00384-P, F13-00385-P, F13-00386-P, F13-00387-P,**
**F13-00388-P, F13-00389-P, F13-00390-P, F13-00396-P**

## MEMORANDUM OPINION
Before Bridges, Fillmore, and Lewis

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved

the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED**

and that this decision be certified below for observance.  See Tᴇx. R. Aᴘᴘ. P. 42.2(a).

PER CURIAM

Do Not Publish
Tᴇx. R. Aᴘᴘ. P. 47

131270F.U05